**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BRANDON DINGMAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2645-R** |
| | ) | |
| **DAVID ROGERS, WARDEN,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# ORDER

Petitioner, Mr. Brandon Dingman, petitioned the Court for a writ of habeas corpus under 28 U.S.C. § 2254. [Doc. No. 1]. But Mr. Dingman intended to file his petition in a different court. So he moved to transfer to the Eastern District of Oklahoma. [Doc. No. 4]. Judge Suzanne Mitchell recommended the Court grant the motion, [Doc. No. 5]; understandably, Mr. Dingman didn't object. So the Court ADOPTS Judge Mitchell's recommendation, Doc. No. 5, GRANTS the motion, Doc. No. 4, and TRANSFERS Mr. Dingman's petition, Doc. No. 1, to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 13th day of October, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**